# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br><br>          Plaintiff,<br><br>    v.<br><br>CONNIE GIBSON, et al.,<br><br>          Defendants. | CASE NO. 1:12-cv-01446-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SEAL MAIL<br><br>(ECF No. 6) |

Plaintiff Abel Valencia is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on September 4, 2012, and on September 19, 2012, Plaintiff filed a request that any items mailed to him be sealed rather than taped shut to prevent his legal mail from being opened by prison officials.

Plaintiff is advised that correspondence from the Court, as opposed to correspondence from an attorney, is not legal mail.  <u>Keenan v. Hall</u>, 83 F.3d 1083, 1095 (9th Cir. 1996).  Accordingly, Plaintiff's mail from the Courts shall be processed following the usual procedures, and Plaintiff's motion for his mail to be sealed, rather than taped shut, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 21, 2013

UNITED STATES MAGISTRATE JUDGE

1