UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01446-AWI-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>[ECF No. 25] |

Plaintiff Abel Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 23, 2014, the Court found service of the complaint appropriate and forwarded Plaintiff the necessary service of process documents.

On May 19, 2014, Plaintiff submitted the complete service of process documents, along with a motion for clarification of the Court's April 23, 2014, order. In the motion, Plaintiff indicates he is unclear as to how many copies of the relevant CDCR 602 inmate appeal grievances is required for service of process.

///

///

///

///

1

However, at this time all defendants have been served.  Therefore, Plaintiff's pending motion for clarification is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **July 30, 2014**

UNITED STATES MAGISTRATE JUDGE