UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01446-AWI-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER TO COMPLAINT<br><br>[ECF No. 44] |

　　　　Plaintiff Abel Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendant D.J. Ruiz for retaliation, and against Defendants D.J. Ruiz, A. Mayo, J.C. Garcia, J.C. Smith, S. Johnson, and an unknown IGI officer for a due process violation.

　　　　On September 10, 2014, Defendants filed an answer to the complaint. On August 6, 2014, Plaintiff filed a response to Defendants' answer.

　　　　Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

1  Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's response
2  is HEREBY STRICKEN from the record.

5  IT IS SO ORDERED.

6  Dated: __**October 14, 2014**__

                                                    UNITED STATES MAGISTRATE JUDGE