UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01446-AWI-SAB (PC)<br><br>ORDER VACATING AND RE-SCHEDULING THE DISPOSITIVE MOTION DEADLINE SET FORTH IN THE SEPTEMBER 16, 2014, SCHEDULING ORDER<br><br>[ECF NO. 73] |

　　　　Plaintiff Abel Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Now pending before the Court is Defendants' motion to vacate and re-schedule the dispositive motion deadline set forth in the Court's September 16, 2014, discovery and scheduling order, until after the pending Findings and Recommendations are resolved.  (ECF No. 73.)

　　　　Defendants point out that on May 8, 2015, the undersigned issued Findings and Recommendations on Defendants' motion for summary judgment relating to exhaustion of the administrative remedies.  (ECF No. 65.)  It was recommended that Defendants' motion be granted, and if adopted in full, it would dispose of all claims and Defendants, except Plaintiff's due process claim against Defendant Ruiz.  (Id.)  After receiving an extension of time, Plaintiff filed objections to the Findings and Recommendations on July 6, 2015.  (ECF No. 70.)  The Findings and Recommendations has not yet been adopted by the Court.

1  Good cause having been presented to the Court, it is HEREBY ORDERED that July 27, 2015,
2  dispositive motion deadline is VACATED, and Defendants shall have **forty-five (45)** days following
3  the resolution of the pending Findings and Recommendations to file a dispositive motion.

5  IT IS SO ORDERED.

6  Dated:   **July 27, 2015**
7                                             UNITED STATES MAGISTRATE JUDGE