**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABEL VALENCIA, | ) | Case No.: 1:12-cv-01446-AWI-SAB (PC) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING |
| v. | ) ) | PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT, REINSTATING PLAINTIFF'S |
| RUIZ, et.al., | ) ) | OFFICIAL CAPACITY CLAIM AGAINST DEFENDANT JEFFREY BEARD AND STRIKING |
| Defendants. | ) ) | FIRST AMENDED COMPLAINT FROM RECORD |
| | ) | [ECF Nos. 71, 72, 78] |

Plaintiff Abel Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2015, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for leave to amend be granted, reinstating Plaintiff's official capacity claim against Defendant Jeffrey Beard for injunctive relief, and striking the first amended complaint from the record.

The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days.  The thirty day time frame has expired and neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to amend is GRANTED;

2.      Plaintiff's official capacity claim against Defendant Jeffrey Beard for injunctive relief is reinstated; and

3.      Plaintiff's first amended complaint, lodged on July 24, 2015 (ECF No. 72) is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   December 3, 2015          _____

SENIOR   DISTRICT   JUDGE